UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*January 12, 2017*

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. **H 17-0025M** |
| | § | |
| RANDY EUGENE REED | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

Between in or about December 2013 and September 2015, within the Houston Division of the Southern District of Texas,

**RANDY EUGENE REED,**

the defendant herein, did unlawfully open mail not directed to him, without the authority to do so.

In violation of Title 18, United States Code, Section 1703(b).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

BY: _____
CARRIE WIRSING
Assistant United States Attorney

1